UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN GUIDRIOZ | CIVIL ACTION |
| VERSUS | NO. 17-6423 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY | SECTION "I" (2) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Brian Guidrioz, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of July, 2018.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE